```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 31396
   MONIQUE L LEWIS
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-1971


--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 11/18/2008 and was not confirmed.

     The case was dismissed without confirmation 03/02/2009.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------------
SAXON MORTGAGE SERVICES    MORTGAGE NOTI   NOT FILED            .00           .00
MIDLAND CREDIT MANAGEMEN   UNSECURED         1697.55            .00           .00
SANTANDER CONSUMER USA     SECURED NOT I    25948.02            .00           .00
EMC MORTGAGE CORPORATION   CURRENT MORTG        .00             .00           .00
EMC MORTGAGE CORPORATION   MORTGAGE ARRE     6000.00            .00           .00
EMC MORTGAGE CORP          CURRENT MORTG        .00             .00           .00
EMC MORTGAGE CORP          MORTGAGE ARRE     2000.00            .00           .00
SAXON MORTGAGE SERVICES    CURRENT MORTG        .00             .00           .00
SAXON MORTGAGE SERVICES    MORTGAGE ARRE        .00             .00           .00
SAXON MORTGAGE             CURRENT MORTG        .00             .00           .00
SAXON MORTGAGE             MORTGAGE ARRE        .00             .00           .00
NATIONAL CITY MORTGAGE     MORTGAGE NOTI   NOT FILED            .00           .00
BMW FIN SVC                SECURED VEHIC    18000.00            .00           .00
CITY OF CHICAGO WATER DE   SECURED            750.00            .00           .00
INTERNAL REVENUE SERVICE   NOTICE ONLY     NOT FILED            .00           .00
ACTION CARD                UNSECURED       NOT FILED            .00           .00
ACTION/UTB                 UNSECURED       NOT FILED            .00           .00
ALLIANCE ONE               UNSECURED       NOT FILED            .00           .00
AMERICAN GENERAL FINANCE   UNSECURED       NOT FILED            .00           .00
AMERICAN GENERAL FINANCE   UNSECURED       NOT FILED            .00           .00
BALLYS TOTAL FITNESS       UNSECURED       NOT FILED            .00           .00
ECAST SETTLEMENT CORP      UNSECURED          843.01            .00           .00
CHICAGO FOOT HEALTH CENT   UNSECURED       NOT FILED            .00           .00
CASHCALL INC               UNSECURED         2680.84            .00           .00
CITIBANK NA                UNSECURED       NOT FILED            .00           .00
FLAGSTAR BANK              UNSECURED       NOT FILED            .00           .00
PREMIER BANKCARD           UNSECURED         1531.71            .00           .00
SAM'S CLUB                 UNSECURED       NOT FILED            .00           .00
HEALTHCARE ASSOCIATES C    UNSECURED       NOT FILED            .00           .00
HSBC CARSON                UNSECURED       NOT FILED            .00           .00
HSBC/RS                    UNSECURED       NOT FILED            .00           .00
IC SYSTEM                  UNSECURED       NOT FILED            .00           .00
I C COLLECTION SERVICE     UNSECURED       NOT FILED            .00           .00
I C COLLECTION SERVICE     UNSECURED       NOT FILED            .00           .00
KCA FINANCIAL SERVICES     UNSECURED       NOT FILED            .00           .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 31396 MONIQUE L LEWIS
```

```
LANE BRYANT               UNSECURED         NOT FILED              .00            .00
JAMES A WEST PC           UNSECURED         NOT FILED              .00            .00
MEDICAL ARTS UNLIMITED    UNSECURED         NOT FILED              .00            .00
GREAT LAKES HIGHER ED CO  UNSECURED           2798.48              .00            .00
NATIONWIDE ACCEPTANCE~    UNSECURED         NOT FILED              .00            .00
NORTHSTAR LOCATION SERVI  UNSECURED         NOT FILED              .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED            267.19              .00            .00
PROVIDIAN                 UNSECURED         NOT FILED              .00            .00
SPIEGEL                   UNSECURED         NOT FILED              .00            .00
UNIVERSITY OF CHICAGO     UNSECURED         NOT FILED              .00            .00
VMC & ASSOCIATION         UNSECURED         NOT FILED              .00            .00
VOLKSWAGEN CREDIT         UNSECURED         NOT FILED              .00            .00
WASHINGTON MUTUAL/PROVID  UNSECURED         NOT FILED              .00            .00
WFNNB/VCTRIA              UNSECURED         NOT FILED              .00            .00
CITIBANK NA/EMC MORTGAGE  MORTGAGE NOTI     NOT FILED              .00            .00
ASSET ACCEPTANCE LLC      UNSECURED            137.62              .00            .00
PHILIP A IGOE             DEBTOR ATTY             .00                             .00
TOM VAUGHN                TRUSTEE                                                 .00
DEBTOR REFUND             REFUND                                                  .00

         Summary of Receipts and Disbursements:
  ---------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
  ---------------------------------------------------------------------
TRUSTEE                        .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                          --------------    --------------
TOTALS                         .00                    .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 03/26/09       _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE



                              PAGE   2
          CASE NO. 08 B 31396 MONIQUE L LEWIS